**No. 55608.**—United States Leather Co. *v.* United States, protest 98372–K (Philadelphia).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55609.**—A. N. Deringer, Inc. *v.* United States, protest 134466–K (St. Albans).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55610.**—Philadelphia Brokerage Co. *v.* United States, protest 154437–K (Philadelphia).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55611.**—George E. Athans Co. et al. *v.* United States, protests 149713–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55612.**—Bahrein Petroleum Co., Ltd., et al. *v.* United States, protests 155620–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55613.**—Edward P. Paul & Co., Inc., et al. *v.* United States, protests 169530–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.